**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**
**CHAPTER 12 PLAN**

Debtor(s) Aaron Resa                                                Case No:  9:14-bk-09547-FMD

[  #   Amended (if applicable)] Chapter 12 Plan

1.**MONTHLY PLAN PAYMENTS**:  Including Trustee's fee of 10%. Debtor[1] to pay to the Trustee for the period of 36 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro-rata under the plan:

A.    $2527.41 for month 1_____   _____;
B.    $_____for months _____to _____;
C.    $_____for months _____to _____; in order to pay the following creditors:
**D.    $_____     Other**

2.**ADMINISTRATIVE ATTORNEY FEE**: $20,000 and $1,000 costs TOTAL PAID $ 6,000

**Balance Due $14,000 Payable Through Plan $1,000  monthly TBD**

 **3.  PRIORITY CLAIMS: [as defined in 11 U.S.C. §507]**

| Name of Creditor | Total Claim |
|---|---|
| TBD | |

**TRUSTEE FEES:**   Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**SECURED CLAIMS**:

**Pre-Confirmation Adequate Protection Payments:** The Debtor shall make the following adequate protection payments to creditors. If the Debtor makes such adequate protection payments on allowed claims to the Trustee pending confirmation of the Plan, the creditor shall have an administrative lien on such payment(s), subject to objection.

| Name of Creditor | Collateral | Adequate Protection Payment in Plan |
|---|---|---|
| Bayview Loan Servicing LLC | 218 New Market Road W, Immokalee, Fl 43143 | $2021.53 |
| CRE Venture 2010-2, LLC | 225 6th Street, Immokalee, Fl 34143 | $505.88 |

**(A) Claims Secured by Real Property Which Debtor Intends to Retain / Mortgage Payments Paid Through the Plan:** Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the plan. These regular monthly mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

---

[1] [1] All references to "Debtor" includes and refers to both of the debtors in a case filed jointly by two individuals.

| Name of Creditor | Security | Collateral | Estimated Payment |
|---|---|---|---|
| BAC Home Loans | | 1115 Jefferson Ave W Immokalee , Fl 43143 | $TBD |

_____

_____

**(B) Claims Secured by Real Property Which Debtor Intend(s) to Retain / Arrearages Paid Through the Plan:** In addition to the provisions in Paragraph A above requiring all post-petition mortgage payments to be paid to the Trustee as part of the Plan, the Trustee shall pay the pre-petition arrearages on the following mortgage claims:

| Name of Creditor | Security | Collateral | Arrearages |
|---|---|---|---|

_____
_____
_____

**(C) Claims Secured by Personal Property to Which Section 506 Valuation is NOT Applicable Secured Balances:** Upon confirmation of the Plan, the interest rate shown below or as modified will be binding unless a timely written objection to confirmation is filed and sustained by the Court. Payments distributed by the Trustee are subject to the availability of funds.

| Name of Creditor | Collateral | Ad. Prot. Pmt. | Sec. Balance | Interest Rate_____% |
|---|---|---|---|---|

_____
_____
_____

**(D) Claims Secured by Real or Personal Property to Which Valuation is Applicable:**

| Name of Creditor | Collateral | Ad. Prot Pmt. In Plan | Value | Int. Rate |
|---|---|---|---|---|
| Bayview Loan Servicing | 218 New Market Road W, | $2021.53 | $300,000 | 5.25% |
| CRE Venture 2010-2, LLC | 225 6th Street, | $505.88 | $75,000 | 5.25% |
| Internal Revenue Service | TBD | | | |

**(E) Claims secured by Personal Property: Regular Adequate Protection Payments and any Arrearages Paid in Plan:**

| Name of Creditor | Collateral | Ad. Prot Pmt. In Plan | Arrearages |
|---|---|---|---|

_____
_____
_____

**(F) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay is terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate any codebtor stay or to abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|

_____
_____
_____

**(G) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the plan unless specified otherwise in the Plan. The

automatic stay is terminated *in rem* as to these creditors/lessors upon the filing of this Plan. Nothing herein is intended to lift any applicable codebtor stay or to abrogate Debtor's state law contract rights. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

**Name of Creditor**                                             **Property/Collateral to be Surrendered**

_____
_____
_____


**SECURED – LIENS TO BE AVOIDED/STRIPPED:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| Bayview Loan Servicing | 218 New Market Road W, Imokalee, Florida 43143 | $600,000 |
| Internal Revenue Service | TBD | |

_____


**LEASES/EXECUTORY CONTRACTS:**

| Name of Creditor | Property | Assume/Reject and Surrender | Estimated Arrears |
|---|---|---|---|

_____
_____
_____

**UNSECURED CREDITORS:** Unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan.  The estimated dividend to unsecured creditors is TBD and would include deficiency claims of  under secured creditors, and there is $1,000 monthly unallocated months 15-60 .


**OTHER PROVISIONS:**

1.  Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;
2.  Payments made to any creditor shall be the amount allowed in a proof of claim filed by the creditor or other amount as may be allowed by a specific Order of the Bankruptcy Court.
3.  Property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.
4.  The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.
5.  Debtor to sell properties: 300-302 6th Street, Immokalee, Florida 43143 (duplex) for $60,000; Vacant Lot, 2000 Roberts Avenue W, Immokalee, Florida 43143 $40,000; Vacant Lot Newmarket Sub Blk 37 Lot 35, 36 for $20,000; and Vacant Lot Newmarket Sub Blk 37 Lot 37- 40 for $20,000. $140,000 total. Proceeds to pay lien on homestead then  prorata Bayview and CRE.


/s/ Aaron Resa
_____
    Aaron Resa Debtor                                                                                          Dated: 10/3/14

   JOEL M. ARESTY, P.A. Counsel for Debtor **309 1st Ave S Tierra Verde FL 33715**
   **Phone: 305-904-1903 Fax: 877-350-9402** E-mail: Aresty@Mac.com
   By: /s/  Joel M. Aresty Fla. Bar No. 197483