UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re: Aaron Resa

Case No. 9:14-bk-09547-FMD
Chapter
   12

Jointly Administered With
Case No(s), Names, and Chapter(s)

Case No. 9:14-bk-13888-FMD
Chapter
   12

In re: Elvira Resa

_____ Debtors /

**EXPEDITED MOTION FOR JOINT ADMINISTRATION WITH SPOUSE**

Debtors, by and through undersigned attorneys, pursuant to local rule 1015-1, move for joint administration with previously filed husbands case, and as good cause and justification therefore respectfully represent the following to the court:

Debtor filed a voluntary petition 11/26/14 under chapter 12 of the Bankruptcy Code; previously her husband filed 3/20/14.

After original filing, examination of titles in his case indicated junior liens which must be valued and stripped off properties owned by the entireties, including the homestead, requiring joinder of the then non filing spouse who has now filed, so a joint plan can be filed and the required motions to value can be brought regarding the tenancy by the entireties property.

This motion is filed as expedited because the amended plan and motions to value are due and should be filed in this jointly administered case.

WHEREFORE, Debtors move for joint administration of spouse's chapter 12s.

WE HEREBY CERTIFY that a true copy of the foregoing was served on Trustee.

JOEL M. ARESTY, P.A.
Co-counsel for Debtor
309 1st Ave S
Tierra Verde, FL 33715
Fax: 305-723-7893
Phone: (305) 899-9876
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483