**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:                                                                      Chapter 12

Aaron Resa and Elvira Resa                                  Case No. 9-14-bk-09547-FMD

    Debtors
_____/

**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**AND OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

    1.    The Debtors' Petition for Relief to Chapter 12 was filed on August 15, 2014.

    2.    <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 12 Plan at this time for the following reason(s):

    3.    It does not appear that the Debtors have dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1225(b)(1)(A) and/or (B).

    (a)    The Trustee hereby requests/has requested the following additional documents to determine if the Debtors have dedicated all disposable income to the Plan: income tax returns for 2014; copies of all bank account statements for months February 2014 through July 2014; then August 2014 through January 2015; monthly reports beginning August 2014 through end of plan.

    (b)    The Debtor must provide complete copies of all tax returns to the Trustee's office no later than April 15th of each year for the preceding year's taxes and all tax refunds must be committed to the Plan for each year during the applicable Plan period, beginning with the tax year 2014.  The Debtor should not spend ANY tax refund without prior court approval because they may be required to turn over the refund to the Trustee, in addition to regular Plan payments.

    4.    In the alternative, according to Schedules I and J, it does not appear that the Debtors have sufficient disposable income to fund the proposed plan as required by 11 U.S.C. §1225 (a)(6).  An amended budget must be filed.

    5.    The Plan violates 11 U.S.C. §1225(a)(4) because it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

    (a)    The Trustee hereby requests the following additional documents to determine if the Debtor has met the best interests of creditors test:  2014 income tax returns; copies of deeds to all real property; proof of tenancy by the entireties exemption.

    (b)    The Debtors have not listed the following property on Schedule B, Debtors business and the value of said business.

6.   To meet the requirements of 11 U.S.C. §1225(a)(4) and/or 11 U.S.C. §1225(b)(1)(A) and/or (B) the Debtors must dedicate all sale proceeds from sale(s) of real property's per Debtors Plan.

7.   An Amended Plan must be filed because:

(a)   The Debtors have failed to properly use the Model Plan as required by the Order Establishing Duties;

(b)   The Plan is unclear as to the treatment of all creditors and unclear as to payments;

(c)   The Plan fails to properly and clearly provide for the treatment of Bayview Loan Servicing, LLC pursuant to 11 U.S.C. §1225(a)(5) and/or 11 U.S.C. §1222. Furthermore, the Debtors fail to properly provide for the Internal Revenue Service regarding Debtors real property and for CRE Venture.

(d)   The Plan fails to properly provide for adequate protection payments to the secured creditors.

(e)   The Plan does not provide for sufficient money to fund the Plan. The Plan leaves out the Trustee's fee in month 1.

8.   The Debtors Schedule C must be amended to remove the Tenancy by Entireties exemptions as all of Debtors debts are joint debts with their spouse.

9.   Attorney fees are in such an amount that a fee application should be filed.

/s/ Jon M. Waage
Jon M. Waage
Chapter 12 Standing Trustee
P.O. Box 25001
Bradenton, Florida 34206
Phone:  (941) 747-4644
FAX:     (941) 750-9266

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically and/or by First Class US Mail to **Aaron and Elvira Resa,** 1115 Jefferson Avenue, Immokalee, Florida 34142 and **John Paul Arcia, Esquire**, 8700 West Flagler Street, Suite 355, Miami, Florida 33174 and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 11th day of May 2015.

/s/ Jon M. Waage

JMW/MEC/br