IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

IN RE:  Case No.: 9:14-bk-09547-FMD
Chapter 12

Aaron Resa, Joint Administered Case
#14-13888-Pmd/Elvira Resa, Elvira resa
Debtors.
_____/

## APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 12 DEBTOR

Applicant, John Paul Arcia, Esq., was retained by the debtor to serve in this bankruptcy case as attorney for debtor. Applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

- *Fees requested:*
  - *Aaron Resa Joint Case* — $ 22,962.50
  - *Elvira Resa Individual Case* — 850.00

  *Total Fees Requested* — $ 23,812.50

- *Total Expenses to be Reimbursed:*
  - *Aaron Resa Joint Case* — $ 1,854.00
  - *Elvira Resa Individual Case* — 275.00

  *Total Fees Requested* — $ 2,129.00

- *Amount Received To-Date* — $ 5,000.00
  *(Exclusive of filing fees)*

- *Amount to be Paid through Plan* — $ 20,941.50

Applicant will divide fees with co-counsel Joel M. Aresty, Esq. who has also filed an application.

1. This case was filed 8/15/14; The amount requested, if allowed, will be paid in full after sixty (60) monthly payments post confirmation under the plan.

1

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B".

3. Applicant estimates that many additional hours will be required to be expended in providing legal services on behalf of the debtor(s) described below.

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred: This was a difficult case with many moving parts, contested creditors, and valuation issues, which have been resolved at expense to the lawyers involved.

5. The source of compensation previously paid to applicant was Debtors.

6. Applicant has agreed to share any compensation received in connection with the bankruptcy case with co-counsel Mr. Joel M. Aresty. Obviously there will be a significant amount of fees written off under the existing plan.

DATED: December 10, 2015

Respectfully submitted,

JOHN PAUL ARCIA, P.A.
Latitude One Office Building
175 SW 7 Street, Suite 2000
Miami, Florida 33130
(786) 429-0410 / (786) 429-0411 (fax)
service@arcialaw.com

/s/ John Paul Arcia

By: _____
John Paul Arcia, Esq.
Florida Bar. No. 73723

cc:
Debtor
Chapter 12 Trustee

# JOHN PAUL ARCIA, P.A.

175 S.W. 7th Street, Suite 2000
Miami, FL 33130
Ph:786.429.0410 | Fax:786.429.041

Aaron Resa

Invoice Date: December 11, 2015
Invoice No: 4609
Account No: 139.10
Page: 1

RE: In Re: Aaron Resa 14-bk-09547-FMD

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 08/12/2014 | JP | Meeting with the Client and Wife At Imokalee Re Bankruptcy and Options | 250.00 | 2.20 | 550.00 |
| 08/15/2014 | JP | Filing of the Voluntary Petition For Chapter 12 (Doc 1)<br>Filing of Suggestion of Bankruptcy in three State Court Cases | 250.00 | 2.60 | 650.00 |
| 08/29/2014 | JP | Drafting and FIling Motion Ext of Time To File Schedules Doc 15 &<br>Drafting and uploading order on Ex parte motion for ext of time | 250.00 | 1.20 | 300.00 |
| 09/12/2014 | JP | Disclosure Of Compensation of Attorney Form (DE 26) | 250.00 | 0.60 | 150.00 |
| | JP | Conversations/meeting with Clients to obtain information for Schedules<br>Research on the COllier County Property Tax Appraiser office to obtain information on<br>property values and tax amounts<br>Drafting and filing of Schedules A-J and Summary of Schedules (DE 28)<br>Statement of Debtors Social Security Number (De 29)<br>Statement of Financial Affairs (De 30) | 250.00 | 14.00 | 3,500.00 |
| 09/19/2014 | JP | Receipt and Review of Bayview Motion For Relief From Stay(Doc 20)<br>Motion TO Dismiss (Doc 21) and Objection to Automatic Stay (Doc 22)<br>Preparation for hearing on Motion To Extend Automatic Stay and Requirement for Exigent Circumstances (DE 38) | 250.00 | 1.20 | 300.00 |
| 09/24/2014 | JP | Conversations with Trustee Re 341 Document Deficiency Notice<br>Conversations with Debtor Re Bank Statements<br>Receipt and Review of Debtors Bank Statements ( January 1, 2014-July 31, 2104)<br>Preparation of SUmmary of Debtor's Bank Statements<br>Drafting letter to Trustee and faxing Letter with attachments Re Deficiency Notice | 250.00 | 3.20 | 800.00 |
| 09/25/2014 | JP | Ordering of Title Search for Warehouse<br>Analysis and Review of Title Search for Warehouse | 250.00 | 1.70 | 425.00 |
| | JP | Attendance at 341 Creditors meeting with Debtor/ meeting with | | | |

Case 9:14-bk-09547-FMD    Doc 186    Filed 12/13/15    Page 4 of 8

Aaron Resa

Page: 2
12/11/2015
Account No:   139-10
Statement No:   4609

In Re: Aaron Resa 14-bk-09547-FMD

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| | | debtor to discuss 341 requirements | 250.00 | 1.40 | 350.00 |
| | JP | Attendance at hearing on Exigent Circumstance/ Bayview Motion to dismiss/ Motion Extend Automatic Stay (DE 38) | 250.00 | 2.20 | 550.00 |
| 09/30/2014 | JP | Drafting of Lease | 0.00 | | 500.00 |
| | JP | Drafting of Commercial Lease For New Market Warehouse Revision to Lease for New Market Warehouse | 250.00 | 4.40 | 1,100.00 |
| 10/03/2014 | JP | Conversation with Aresty Re Amendment of Schedule J Drafting and Filing Amended Schedule J & Amended Summary of Schedules (DE 42) | 250.00 | 1.20 | 300.00 |
| 11/06/2014 | JP | Conversation with Aresty & Resa Re First Amended Plan (DE 45) | 250.00 | 0.40 | 100.00 |
| 11/17/2014 | JP | Calls with Resa Accountant Calls To Resa To sign Request For Federal Tax Transcripts ( 2006 -2013) Calls to IRS and Follow up to obtain Federal Tax Transcripts Receipt and Review of Federal Tax Transcripts 2006-2013 | 250.00 | 6.20 | 1,550.00 |
| 12/01/2014 | JP | Conversation with Aresty Re: Motion To Value Issues on Tax Liens and Priority/Discussions on Appraisals | 250.00 | 0.60 | 150.00 |
| 12/04/2014 | JP | Attendance at Meeting of Creditors with Debtor | 250.00 | 1.20 | 300.00 |
| | JP | Attendance At Hearing on Requirement For Exigent Circumstances/ Emergency Motion TO Extend Automatic Stay MOtion TO Dismiss (DE 55) Meeting with Client prior to and after hearing to discuss pending issues and documents needed. | 250.00 | 2.40 | 600.00 |
| 12/12/2014 | JP | Received Notice of Tax Deed Sale on Resa Real Property Contacted Collier County Tax Collector Office FIled SUggestion of BK to prevent Sale. Follow up with Clerk to confirm cancellation of sale | 250.00 | 2.20 | 550.00 |
| 12/19/2014 | JP | Drafting and FIling Amendment Of Schedule I & J and SUmmary Of Schedules ( DE 63) Amendment of Voluntary Petition To Reflect name on id (DE 64) | 250.00 | 1.40 | 350.00 |
| 12/29/2014 | JP | Receipt & Review of Second Notice of Defiiciencies (DE 79) Conversation with Aresty Re Deficiencies Conversation with Assistant Trustee | 250.00 | 0.60 | 150.00 |
| 02/10/2015 | JP | Drafting and Filing Statement Disclosure Compensation of Attorney in Elvira Resa Case (DE 99) & Statement of Debtors SOC/SEC (DE 100) | 250.00 | 0.60 | 150.00 |
| | JP | Drafting and filing of Joint Schedules A-J/ Summary of Schedules /Debtor Declaration, Etc (DE 101) | 250.00 | 4.60 | 1,150.00 |
| 02/12/2015 | JP | Attendance of Meeting Creditors with Both Debtors | 250.00 | 1.10 | 275.00 |
| | JP | Attendance at Hearing Order Show Cause/ | | | |

Aaron Resa

Page: 3
12/11/2015
Account No: 139-10
Statement No: 4609

In Re: Aaron Resa 14-bk-09547-FMD

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| | | Meeting with Aresty and Clients | 250.00 | 1.80 | 450.00 |
| 03/06/2015 | ED | telephone conference with Trustees assistant re what documents are missing to file. | 250.00 | 0.20 | 50.00 |
| | ED | Drafting and Filing of SOFA (DE 116) | 250.00 | 1.40 | 350.00 |
| 03/16/2015 | JP | Conversations with Arresty RE Valuation<br>Hiring of Appraiser to provide reports for Valuation hearing<br>Conversation with Bayview appraiser Re access to property<br>Conversations with First Appraisal of Florida Re Appraisals needed<br>Conversations with Resa Realtor Re Sale and Value of Vacant Lots<br>Follow up with Appraisers Re Delivery and copies needed for hearing<br>Coordination of Appraiser witness for hearing | 250.00 | 2.80 | 700.00 |
| 04/09/2015 | JP | Attendance at Continued Meeting of Creditors Ft. Myers | 250.00 | 1.20 | 300.00 |
| 05/11/2015 | JP | Receipt / Review of Trustee Unfavorable Recommendation letter (DE 125)<br>Conversation with Aresty and Client Re Letter | 250.00 | 0.30 | 75.00 |
| 06/18/2015 | JP | Attendance of Aaron Resa-Confirmation Hearing Ft. Myers | 250.00 | 1.25 | 312.50 |
| 07/23/2015 | JP | Receipt of Trustee Motion To Dismiss for Failure to Make Plan Payments (DE 138)<br>Review of all Trust Account Disbursements<br>Preparation of Listing/Summary of All Trust Account disbursements which Evidence payments made<br>Email to Aresty Re Plan Payments made | 250.00 | 1.40 | 350.00 |
| 09/25/2015 | RP | Calls with Aaron Resa regarding bank account access<br>Assisting Resa with credentials and reconfiguring the security question on the online access form. | 250.00 | 0.60 | 150.00 |
| 10/15/2015 | RP | Review, organization, and preparation of Debtor's Bank Statements<br>Drafting of Monthly Operating Reports From August 2014 through September 2015)<br>Drafting of 13 months of MORS | 250.00 | 16.40 | 4,100.00 |
| 10/16/2015 | JP | Conversation with Assistant Trustee Re Missing Tax Returns<br>Conversation with Resa Re Tax Returns and Resa Accountant<br>Receipt and Review of Resa Tax Reviews- Drafted Cover letter and sent to Trustee<br>Pulled Property Information Re Deeds on Real Property owned by Resa and Sent to Trustee | 250.00 | 1.70 | 425.00 |
| 10/22/2015 | JP | Drafting of Amended Schedules (DE 170) and Dec Re Electronic Filing (DE 171)<br>Drafting of Amended Summary of Schedules and Amended Schedules (DE 173) | 250.00 | 3.60 | 900.00 |

Aaron Resa

Page: 4
12/11/2015
Account No: 139-10
Statement No: 4609

In Re: Aaron Resa 14-bk-09547-FMD

|  |  | Rate | Hours |  |
|---|---|---|---|---|
|  | For Current Services Rendered |  | 89.85 | 22,962.50 |

### Expenses

| 12/11/2015 | Express Mail Postage & Cashiers check fee & WIre Transfer Fees For Monthly Payments To Trustee 14 Payments ( October 2014 Through December 2015) | 602.00 |
|---|---|---|
|  | Total Expenses | 602.00 |

### Advances

| 08/15/2014 | Filing fee | 275.00 |
|---|---|---|
| 08/21/2014 | Payment of Credit Counseling Course | 50.00 |
| 09/25/2014 | Translator Fees-Paid By Paul Arcia | 300.00 |
| 09/30/2014 | Cost of Title Search | 375.00 |
| 10/06/2014 | Courier fee | 27.00 |
| 05/13/2015 | Fee Paid to First Appraisal of Florida for Appraisal Reports on: 1115 Jefferson Avenue W 225 N 6th Street 218 New Market Road | 225.00 |
|  | Total Advances | 1,252.00 |
|  | Total Current Work | 24,816.50 |
|  | Balance Due | $24,816.50 |

# JOHN PAUL ARCIA, P.A.

*175 S.W. 7th Street, Suite 2000*
*Miami, FL 33130*
*Ph:786.429.0410 | Fax:786.429.041*

Aaron Resa

Invoice Date:  December 11, 2015
Invoice No:  4610
Account No:  139.11
Page:  1

RE: In Re Elvira Resa

## Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 11/21/2014 | JP | Research on Credit Counseling Course in Imokalee<br>Conversation with Daughter and Debtor Re Course<br>Filing of Certificate of Credit Counseling | 250.00 | 0.40 | 100.00 |
| 11/26/2014 | JP | Drafting & Filing of Petition | 250.00 | 0.60 | 150.00 |
| 12/17/2014 | JP | Filing of all Schedules and Summary Of Schedules | 250.00 | 2.40 | 600.00 |
| | | For Current Services Rendered | | 3.40 | 850.00 |

## Advances

| | | | | |
|---|---|---|---|---|
| 11/26/2014 | Filing fee For Chapter 12 | | | 275.00 |
| | Total Advances | | | 275.00 |
| | Total Current Work | | | 1,125.00 |
| | Balance Due | | | $1,125.00 |