**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

In re: Aaron Resa                                    Case No. 9:14-bk-09547-FMD
                                                     Jointly Administered With
                                                     Case No. 9:14-bk-13888-FMD
In re: Elvira Resa
              Debtors /                              Chapter 12

**Debtors' Expedited Motion to Borrow
$100,000 and Amend Plan To Buy Certain Property Free and Clear of Liens
to Satisfy Plan Requirements**

**COMES NOW Aaron Resa and his wife Elvira Resa** (the "Debtor") by and through undersigned counsel, and file this motion, and respectfully state as follows:

A chapter 12 Plan was confirmed by this Court 1/7/16 at Doc 189 providing for payments of $7876 starting 12/15/15. all payments have been made pursuant to the plan since confirmation through March, 2017.

Trustee moved to dismiss this case 1/14/19 Doc 216 for failure to sell real property listed in paragraph 5 of the "other provisions" Eight Amended Plan or before month 36 of the post confirmation payments:

  5. Debtors to sell properties: 300-302 6th Street, Immokalee, Florida 43143 (duplex) for $60,000; Vacant Lot, 2000 Roberts Avenue W, Immokalee, Florida 43143 $40,000; Vacant Lot Newmarket Sub Blk 37 Lot 35, 36 for $20,000; and Vacant Lot Newmarket Sub Blk 37 Lot 37- 40 for $20,000. 1145 Graystone Ave Lehigh Acres, FL, 33974, and net proceeds to IRS on their secured and unsecured claims.

Debtors have tried but they had tried and failed to sell the properties. Attached is a letter from the broker marked exhibit "A":

The plan provided "The net surplus proceeds from the sale of said real property shall first be used to satisfy the remaining portion of the secured claim of the Internal Revenue Service which has not been previously paid by the Chapter 12 Trustee. Any remaining surplus proceeds after the secured claim of the Internal Revenue Service is paid in full shall be disbursed pro rata to the allowed and timely filed general unsecured claims, including any bifurcated secured."

The IRS had been offered the properties in exchange for reduction in the taxes owed, but the IRS did not want to receive title to the properties and just wanted them liquidated.

Additionally, there were County taxes due on the properties and the Plan gave the taxing authorities stay relief. Debtor will be responsible for payment of those taxes.

Debtors have therefore proposed to Trustee that Aaron Resa will purchase the properties from the estate free and clear of liens for $100,000 which will be available May 13, 2019 from funds loaned from Plantation Botanicals, from the commitment letter attached hereto marked exhibit "B".

This motion is a win-win for the Estate because the market for the properties has produced no interested buyers at the amounts originally envisioned.

Wherefore Debtors request that the borrowing be approved and the Plan amended to provide that $100,000 will be paid to the Estate for the properties which will be sold to Aaon Resa free and clear of liens.

WE HEREBY CERTIFY that a true copy of the foregoing was served on all parties.

JOEL M. ARESTY, P.A.
Co-counsel for Debtor
309 1st Ave S
Tierra Verde, FL 33715
Fax: 305-723-7893
Phone: (305) 899-9876
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483



# New Horizons Real Estate Corp.

February 25, 2019

RE: Aaron Resa

Properties: 2000 Roberts Ave W., Immokalee, FL 34142
302 S. 6th St., Immokalee, FL 34142

To Whom It May Concern:

In regards to the two properties that we had listed for Mr. Resa, the one on Roberts Ave and the one on 6th St., during the time that we had them listed, we had calls inquiring about them but no offers were made. Vacant property like the one on Roberts Ave is not very sought for in the area. The other one on 6th St., again, buyer would likely been an investment but at the time, no interest or offers.

Any questions, please feel free to contact me.

Thank you,

Delia Miners

580 S. Main Street, LaBelle, FL 33935    (863) 675-1973  Fax (863) 675-4053
e-mail: greg@newhorizons-re.com

Any information contained herein is obtained from sources we consider reliable, however, we are not responsible for misstatements of facts, errors, withdrawal from market, or change in price without notice.

Exhibit "B"

**PLANTATION BOTANICALS, INC.**
P.O.BOX 128 / 1401 COUNTY ROAD 830
FELDA, FLORIDA 33930 U.S.A.
E-mail: pbi@embarqmail.com

Telephone (863) 675-2984

FAX (863) 675-4591

April 15th, 2019

AARON RESA
DBA REZA PRODUCE
218 NEW MARKET RD W
IMOKALEE FL 34142

## COMMITMENT LETTER

As requested, Plantation Botanicals Incorporated will loan Aaron Resa $100,000.00 (One hundred thousand dollars).

The funds will be available for you to use May 13th 2019.

Mr. Andrew Reddish will confirm to you and or your associates that these funds are available through Plantation Botanicals Inc should there be any questions.

Mr. Andrew Reddish
Senior Vice President, Bank of America Merrill Lynch, Bank of America, N.A.
13099 S. Cleveland Ave, 4th Floor, Fort Myers, FL 33907
Phone: 239-415-6326
Cell: 941-323-6093
Fax: 704-719-8776
e-mail: andrew.reddish@baml.com

Should you or any of your associates need further information concerning the funds availability please call Michael Huffman at the office or his mobile 863-673-2306.

_[signature: Michael Huffman]_  _April 15, 2019_
Michael Huffman  Date