ORDERED.

Dated:  June 10, 2019

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:  Case No. 9-14-bk-09547-FMD
Chapter 12

Aaron Resa and Elvira Resa

     Debtors.
_____/

**ORDER GRANTING IN PART DEBTORS' EXPEDITED MOTION TO BORROW,
IN ADDITION TO MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS**

THIS CASE came on for a hearing on May 16, 2019 pursuant to the Debtors' Expedited Motion to Borrow, in Addition to Motion to Sell Property Free and Clear of Liens (Doc. No. 221).  Accordingly, it is

**ORDERED**:

1. The Debtors' Expedited Motion to Borrow, in Addition to Motion to Sell Property Free and Clear of Liens (Doc. No. 221) is hereby **GRANTED in Part**.

2. The Debtors shall complete the closing process on the new financing within 60 days from the date of this order.

3. Further, Debtors shall turn over the financing proceeds to the Chapter 12 Trustee within twenty one (21) days of closing along with copies of all closing documents.

4. The financing proceeds from the sale of said real property shall be paid pursuant to the Order Confirming Plan Exhibit A to satisfy the remaining portion of the secured claim of the Internal Revenue Service which has not been previously paid by the Chapter 12 Trustee. Any remaining financing proceeds shall be disbursed pro rata to the allowed and timely filed general unsecured claims, including any unsecured portions of bifurcated secured claims, pro rata.

5. If the Debtors fail to turn over the financing proceeds as outline above, the Trustee may submit, for the Court's consideration, an order dismissing the case without further notice or hearing to the Debtors.

Attorney, John Paul Arcia, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.

JMW/MEC/br                                                                                                         C12T 06/10/19